IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERRICK JACKSON; SANTWAN HOLT; HERBERT BROWN; WESLEY SORROW; ROBERT CAMPBELL; SAMUEL STOREY; ERIC SMITH; KENO MOSS; MICHAEL HARRIS; MICHAEL SUMBER; BRYAN WRIGHT, | : | |
| | : | CIVIL ACTION NO.: 5:08-CV-421 (CAR) |
| Plaintiffs | : | ORDER |
| VS. | : | |
| UNITED STATES OF AMERICA; UNITED STATES MARSHALS SERVICE, | : | |
| Defendants | : | |

Eleven plaintiffs, all inmates at the Dooly County Justice Center in Pinehurst, Georgia, Georgia, have filed a joint *pro se* complaint that they have entitled "Petition for Writ of Mandamus Pursuant to 28 U.S.C. § 1651; 42 U.S.C. 1983 and 28 U.S.C. § 1331. Plaintiffs complain about the lack of a law library and an "inadequate diet." Because plaintiffs have not paid the $350.00 filing fee, the Court assumes that they want to proceed *in forma pauperis*.

The Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* pay the full filing fee. 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit. Each prisoner is required to file his own lawsuit and pay the full amount of the filing fee. **Hubbard v. Haley**, 262 F.3d 1194 (11th Cir. 2001). Prisoners may not join claims and thus pro-rate a single filing fee. As the Eleventh Circuit in **Hubbard** noted, requiring each plaintiff to pay the full filing fee is consistent with Congress's purpose of imposing costs on prisoners to deter frivolous suits. *Id.* at 1197-98.

Applying this principle to the case at hand, plaintiffs' are not allowed to proceed *in forma pauperis* and this case is **DISMISSED**. Dismissal is without prejudice and plaintiffs will be allowed to re-file their complaints separately, if they choose.

**SO ORDERED**, this 10th day of December, 2008.

S/ C. Ashley Royal  
C. ASHLEY ROYAL  
UNITED STATES DISTRICT JUDGE

lnb